

700 Post Road, Suite 237
Scarsdale, New York 10583
(914) 401-9500 · www.kacllp.com

Julie Cvek Curley, Esq.
Email: JCurley@kacllp.com
Direct Phone: (914) 401-9503

July 24, 2026

***Via CM/ECF System***
Honorable Jennifer H. Reardon
U.S. District Court Judge, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

> **Re:**     **Hamway, et al. v. Sutton, et al.**
> **Case No. 26-cv-06282-JHR**
>
> **Hamway, et al. v. Landau, et al.**
> **Case No. 26-cv-06285-JHR**
>
> **Hamway, et al. v. Sutton, et al.**
> **Case No. 26-cv-06286-JHR**

Dear Honorable Judge Reardon,

This firm is counsel to Isaac C. Sutton (the "Debtor") in his Chapter 11 bankruptcy proceeding pending in the Eastern District of New York (E.D.N.Y. Case No. 26-42788-JMM, the "Chapter 11 Case"). On July 23, 2026, this firm filed a Notice of Removal of the above referenced actions so that these proceedings can be transferred, then referred to the Bankruptcy Court presiding over the Debtor's Chapter 11 Case.

Pursuant to S.D.N.Y. Amended Standing Order of Reference (M-431, a copy of which is enclosed herein) which provides that all proceedings arising in or related to a bankruptcy proceeding be referred to the Bankruptcy Court, and pursuant to Local Rules 7.1(e) and 83.1 permitting the filing of non-dispositive letter motions, and for the reasons set forth in the Notice of Removal, the Debtor respectfully requests that this matter be transferred to the U.S. District Court, Eastern District of New York so that it may be referred to the U.S. Bankruptcy Court, Eastern District of New York presiding over the Debtor's Chapter 11 Case.

Should you have any questions or concerns, please do not hesitate to contact the undersigned. Thank you in advance for your time and consideration of this request.

Respectfully submitted,

Julie Cvek Curley

JCC/
Encl.

Honorable Jennifer H. Reardon
U.S. District Court Judge, S.D.N.Y.
*Hamway, et al. v. Sutton, et al.,* Case No. 26-cv-06282-JHR
*Hamway, et al. v. Landau, et al.,* Case No. 26-cv-06285-JHR
*Hamway, et al. v. Sutton, et al.,* Case No. 26-cv-06286-JHR
July 24, 2026
Page 2

cc:     Steven Gary Storch, Esq. *(Via Email: sstorch@storchbyrnelegal.com)*
        Parmenion Patias, Esq. (*Via Email: ppatias@storchbyrnelegal.com)*
        Eric Streich, Esq. *(Via Email: espc@ericstreichpc.com)*
        Merlin Ganter MacGillivray, Esq. (*Via Email: mmacgillivray@storchbyrnelegal.com )*
        Eric S. Landau, Esq. *(Via Email: ericslandau@gmail.com)*
        Jared Louzon, Esq. *(Via Email: jared@mizlegal.com)*
        Evan Mizrahi, Esq. *(Via Email: evan@mizlegal.com)*
        Loris Baechi, Esq. *(Via Email: loris@mizlegal.com)*

M-431

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·1·2012

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - 12 MISC 00032

In the Matter of:                                  :

    Standing Order of Reference         :
    Re: Title 11                        :

                   AMENDED
          STANDING ORDER
           OF REFERENCE

M10-468

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to 28 U.S.C. Section 157(a) any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

If a bankruptcy judge or district judge determines that entry of a final order or judgment by a bankruptcy judge would not be consistent with Article III of the United States Constitution in a particular proceeding referred under this order and determined to be a core matter, the bankruptcy judge shall, unless otherwise ordered by the district court, hear the proceeding and submit proposed findings of fact and conclusions of law to the district court. The district court may treat any order of the bankruptcy court as proposed findings of fact and conclusions of law in the event the district court concludes that the bankruptcy judge could not have entered a final order or judgment consistent with Article III of the United States Constitution.

SO ORDERED.

_____/s/ Loretta A. Preska_____
Loretta A. Preska
Chief Judge

Dated:        New York, New York
              January 31, 2012

g:\bankruptcy\order-bankruptcy amendments Act 1984 re Title 11 - jan 2012.wpd