USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ISAAC SUTTON, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-06282 (JHR)(SN)**

**ORDER**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ALISA SUTTON,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-06286 (JHR)(SN)**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ERIC S. LANDAU,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-06285 (JHR)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

On September 1, 2026, the Honorable Jennifer H. Rearden referred these related matters to my docket for general pretrial supervision and to resolve Plaintiffs' motions to remand.

Defendant Isaac Sutton opposes the remand and requests that these cases be transferred to the U.S. District Court for the Eastern District of New York so that they can be referred to that District's Bankruptcy Court, where Isaac Sutton has filed for bankruptcy. Issac Sutton, however, removed cases and subsequently sought transfer even where he is not a defendant. See, e.g., 26-cv-6285, ECF No. 4; 26-cv-6286, ECF No. 5.

Additionally, several Defendants have not appeared, including Alisa Sutton, Eric Landau, and several corporate entities. It is unclear whether these Defendants have been served in the underlying state court proceeding, whether they join in the removal to federal court, and whether they join or oppose the motion to transfer.

Accordingly, the Plaintiffs and counsel for Isaac Sutton are to file a joint letter by September 16, 2026. The letter shall set forth the status of service on all Defendants who have not yet appeared. To the extent counsel for Isaac Sutton is representing any of the outstanding Defendants, a Notice of Appearance shall be promptly filed. If counsel to Isaac Sutton is not appearing for any other Defendants, counsel shall set forth any authority for the removal from state court and the request to transfer for cases in which Isaac Sutton is not a defendant.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York