USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/30/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ISAAC SUTTON, et al.,**

**Defendants.**

---------------------------------------------------------------X

**26-CV-06282 (JHR)(SN)**

**ORDER**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ALISA SUTTON,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-06286 (JHR)(SN)**

---------------------------------------------------------------X

**FRIEDA HAMWAY, et al.,**

**Plaintiffs,**

**-against-**

**ERIC S. LANDAU,**

**Defendant.**

---------------------------------------------------------------X

**26-CV-06285 (JHR)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

Isaac Sutton filed a letter today advising the Court that he intends to withdraw his objection to Plaintiffs' motion to remand Hamway, et al. v. Alisa Sutton, 26-CV-06286, and

Hamway, et al. v. Eric Landau, 26-CV-06285. He inquires whether the status conference, therefore, remains necessary.

The status conference scheduled for October 1, 2026, at 3:00 p.m. shall proceed but the parties may appear by telephone. At that time, all parties should dial into the Court's dedicated teleconferencing line at (855) 244-8681 and enter Access Code 23142707008. The purpose of this conference is to confirm whether *all* Defendants consent to Plaintiffs' motion to remand all three cases and, if so, whether these cases should be remanded to the state court.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 30, 2026
New York, New York